# United States District Court

**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| UNITED STATES OF AMERICA | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| | NMT 10 Years Imprisonment |
| v. | NMT $250,000 Fine |
| | NLT 3 Years Supervised Release |
| RANDY McMULLEN, | $100 Mandatory Special Assessment |
| [DOB: 09/02/1984] | Class C Felony |

## CRIMINAL COMPLAINT

**Case Number: 11-0003-JTM-01**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about January 8, 2011, in Jackson County, in the Western District of Missouri, the defendant, RANDY McMULLEN, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a stainless steel, nine millimeter, Beretta handgun with serial number BER433538Z, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

I further state that I am a Detective of the Kansas City, Missouri Police Department, Street Narcotics Unit and that this complaint is based on the following facts:

(See attached Affidavit)

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No.

/s/ James Armstead
James Armstead, Detective
Kansas City, Missouri Police Department

Sworn to before me and subscribed in my presence,

January 11, 2011     at     Kansas City, Missouri
Date                                               City and State

John T. Maughmer
United States Magistrate Judge     /s/ John T. Maughmer
Name and Title of Judicial Officer     Signature of Judicial Officer