# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 11-00029-01-CR-W-GAF |
| | ) | |
| RANDY MCMULLEN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On June 29, 2011, a hearing was held on the issue of defendant Randy McMullen's competency. The parties stipulated that the Court could consider the psychological or psychiatric report of Dr. Christine Scronce as if Dr. Scronce had appeared in person and testified under oath. No additional evidence was offered by the government or by the defendant.

On June 30, 2011, United States Magistrate Judge John T. Maughmer issued his Report and Recommendation (Doc. #22).

Upon careful and independent review of the record, as well as the applicable law, and there being no objections to the Report and Recommendation filed, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is ORDERED that defendant Randy McMullen is found to be competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense.

                                                                           s/ Gary A. Fenner
                                                                           Gary A. Fenner, Judge
                                                                           United States District Court

DATED: July 18, 2011